IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 04–cv–02656–EWN–MJW

F. MALCOM WALL, *et al.*,

    Plaintiffs,

v.

KNOLLWOOD CONDOMINIUMS ASSOCIATION, INC., *et al.*,

    Defendants.

---

**ORDER**

---

Upon consideration of "Plaintiffs' Motion to . . . Remand Case to State District Court" (#20) filed July 21, 2005, it is

**ORDERED** that the case is hereby remanded to the Arapahoe County, Colorado, District Court.

Dated this 22nd day of July, 2005.

                BY THE COURT:

                s/Edward W. Nottingham
                EDWARD W. NOTTINGHAM
                United States District Judge